## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

LIVE FACE ON WEB, LLC,
a Pennsylvania limited liability company,

        Plaintiff,

        vs.

HIPPOCRATIC SOLUTIONS, LLC,
a New Jersey limited liability company, and
PETER KOUKOUNAS, an individual,

        Defendants.

Civil Action

No.: _____

**JURY TRIAL DEMANDED**

## VERIFIED COMPLAINT

Plaintiff Live Face on Web, LLC, through its undersigned counsel, for its Complaint against the Defendants listed above, alleges as follows:

## I.  THE PARTIES

1.  Plaintiff, Live Face on Web, LLC ("LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2.  Upon information and belief, Defendant Hippocratic Solutions, LLC ("Hippocratic Solutions"), is a New Jersey limited liability company with a principal place of business at 373D Route 46 West, Suite 210, Fairfield, NJ 07004.

3.  Upon information and belief, Defendant Peter Koukounas ("Koukounas") is a resident of New Jersey and the owner and/or managing member of Hippocratic Solutions and the subject website(s) at issue here.

## II.  JURISDICTION AND VENUE

4.  This action arising under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to

28 U.S.C. §§ 1331 and 1338(a).

     5.     As fully set forth herein, Hippocratic Solutions and Koukounas (collectively, the "Defendants") have used and distributed LFOW's software and/or infringing derivative works thereof, which are the subject of U.S. Copyright Registrations.

     6.     This Court has personal jurisdiction over the Defendants because each of them is a resident of, has conducted business in, and/or has had continuous and systematic contacts with the State of New Jersey and this District.

     7.     Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendant is located in this District.

### III.    <u>PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY</u>

     8.     LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

     9.     The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW (and its customers) advertise services and solicit business through the use of a web spokesperson, which is typically tailored to specific goods and services found on the associated website.

     10.     The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the

LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

11.     The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

12.     Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

13.     Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically

3

saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

14. The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

15. The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

16. LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as **Exhibit A1**, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as **Exhibit A2**.

## IV. DEFENDANTS' COPYRIGHT INFRINGEMENT

17. Defendants own, and/or operate and/or control the website www.hippocraticsolutions.com ("Defendants' website"). A copy of the HTML source code for the Defendants' website is found at **Exhibit B**.

18. Defendants' website advertises and promotes the products and/or services of Defendants.

19. Upon information and belief, Defendants have used a web spokesperson video to

4

promote Defendants' products and/or services.

20.     Upon information and belief, in order to display the web spokesperson video on Defendants' website, Defendants used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Software.

21.     Upon information and belief, Defendants have the right and ability to modify their own website or to have their website modified on Defendants' behalf.

22.     Upon information and belief, Defendants copied and stored an infringing version of the LFOW Software on the webserver(s) for http://hippocraticsolutions.com.

23.     Upon information and belief, to implement and distribute the infringing version of the LFOW Software, the Defendants' website was modified by or on behalf of Defendants to include the following website source code and/or text, shown in **Exhibit B**:

http://www.hippocraticsolutions.com/new_player.js?swf=http://www.hippocraticsolutions.com/new_main.swf&amp;flv=http://www.hippocraticsolutions.com/1011873.flv&amp;start=normal&amp;close=close&amp;play_when=1&amp;align_right=false&amp;show_loading=yes&amp;width=480&amp;height=360&amp;vlm=80&amp;x_off=90

24.     This modification links the Defendants' website to the file "new_player.js", an infringing version of the LFOW Software, which was stored on Defendants' webserver(s). A copy of "new_player.js" is found at **Exhibit C**.

25.     As a result of the modification to the Defendants' website referenced above, when a web browser retrieves a page from the Defendants' website, a copy of the infringing version of the LFOW Software is distributed by Defendants to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendants' website is a new act of copyright infringement.

26.     The infringing version of the LFOW Software (shown at **Exhibit C**) is substantially similar to the LFOW Software, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Software also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Software. Instead, these were both chosen as references to LFOW and its code.

27.     The web spokesperson video that launches on Defendants' website is a result of Defendants' distribution of the infringing version of the LFOW Software, which advertises and promotes the products and/or services of Defendants, encouraging the website viewer to purchase and/or use Defendants' products and/or services, thereby providing a monetary benefit to Defendants. Thus, Defendants' copyright infringement of the LFOW Software is in their advertising, and the infringement is for the purpose of advertising their products and/or services.

28.     Defendants intend for a copy of the infringing version of the LFOW Software to be distributed to website visitors in their advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Software by Defendants to their website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson advertising Defendants' products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

29.     Defendants profit directly from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their products and/or services by capturing,

holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendants.

30.     The infringing version of the LFOW Software is a sales and advertising tool for Defendants to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by Defendants did in fact generate revenues and profits for Defendants, as more fully described herein.

31.     Defendants unlawfully and continuously used the infringing version of the LFOW Software on unauthorized Web Page(s), for which Defendants did not pay applicable license fees and video production fees to LFOW.

32.     The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Software on the Defendants' website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

33.     As a result of foregoing conduct of Defendants, LFOW has suffered significant harm and loss.

34.     Upon information and belief, Defendants actively induced end users to visit their website(s), and thereafter distributed the infringing version of the LFOW Software to end users (e.g. website visitors) numerous times.  The actual number can only be ascertained through discovery.

35.     Defendants have caused, enabled, facilitated, and/or materially contributed to the infringement by, *inter alia*, distributing copies of the accused software to each visitor via the Defendants' website(s) and refused to exercise their ability to stop the infringement made possible by the modification and continuous operation of their website(s).

36.     As the owner of the registered copyright in the LFOW Software, LFOW has an

interest in protecting its rights against such copyright infringement.

37.     Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against Defendants for each act of copyright infringement.

38.     Where Defendants initiated or continued the infringing conduct while aware of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute volitional conduct and willful infringement.

## COUNT ONE

### Copyright Infringement

39.     LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

40.     Count One is an action under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

41.     LFOW is the owner of valid copyright registration TXu001610441.

42.     LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

43.     The infringing version of the LFOW Software used and distributed by Defendants is at least substantially similar to the LFOW Software protected by TXu001610441.

44.     Defendants, through their agent(s), vendor(s), officer(s), and/or employee(s), modified Defendants' website to cause the copying, use and distribution of the infringing version of the LFOW Software.

45.     The past and ongoing copying, use and distribution of the infringing version of the LFOW Software by Defendants results in actual damage to LFOW, including but not limited

to the loss of licensing revenue lost as a result of Defendants' infringement.

46.     Defendants intentionally induced and/or encouraged direct infringement of the LFOW Software by distributing the infringing version of the LFOW Software via their website(s) and/or seeking out the LFOW Software in order to use it on their website(s).

47.     Defendants profited from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their product(s) and/or service(s) on their own website(s) by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendants.

48.     Because Defendants own, operate and/or control their website, Defendants also have the right and ability to supervise and control the infringement and infringer by virtue of their ownership and control of their own website, but failed to do so.

49.     Where Defendants initiated or continued the infringing conduct with knowledge of the infringement, these actions were the result of reckless disregard for, or willful blindness to LFOW's rights, and therefore constitute willful infringement.

50.     Unless Defendants are restrained and enjoined from their unauthorized use and distribution of the LFOW Software, these injuries will continue to occur.

51.     Irreparable harm and injury to LFOW are imminent as a result of Defendants' conduct and LFOW is without an adequate remedy at law.

52.     Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendants, their employees and agents, and all other persons acting in concert with Defendants, from engaging in any further improper acts.

53.     Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order

impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

54.     Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendants, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

55.     Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a)      Finding Defendants liable for copyright infringement by virtue of Defendants' past and ongoing unauthorized use of LFOW's Software;

b)      Finding Defendants' copyright infringement to be voluntary and an intentional violation of Defendants' known duties, and therefore willful;

c)      Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

d)      A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendants from further infringement, including but not limited to the cessation of operation of Defendants' website(s);

e)      An award of damages against Defendants under §504;

f)      An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

g)      Such and other relief as the Court deems appropriate.

## **JURY DEMAND**

LFOW demands a jury trial on all issues so triable.

Respectfully Submitted,

TINOVSKY LAW FIRM

Dated: September 15, 2015        By: _____
                                 Vladislav Tinovsky, Esquire
                                 Attorney ID 031122000
                                 5 Neshaminy Interplex
                                 Suite 205
                                 Trevose, PA 19053
                                 215-568-6860
                                 *Counsel for Plaintiff Live Face on Web, LLC*

EXHIBIT A1



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
////////////////////// User defined parameters and instructions //////////////////
//////////////////////////////////////////////////////////////////////////
//////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

-2-

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

-3-

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';


////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//////////////////  Do not change the parameters below  //////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;


arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
```

```
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
    function runLFOW() {
        try {
            if (lf_PresPlay == 1) {
                lf_createCookie(lf_ID, 'on', -1);
                showLFOW_Video();
            } else if (lf_PresPlay == 2) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on');
                    showLFOW_Video();
                }
            } else if (lf_PresPlay == 3) {
                if (lf_readCookie(lf_ID) == 'no') {
                    lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                    showLFOW_Video();
                }
            }
        } catch(e) {
```

-5-

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                        else if (window.attachEvent) window.attachEvent('onload', runLFOW);
                } catch(e) {
                        showLFOW_Video();
                }
        } else {
                showLFOW_Video();
        }
}
function showLFOW_Video()
{
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        var lfDiv = document.createElement('div');
                        if (lfDiv === undefined) {
                                lf_Position = 'err';
                        } else if (lfDiv == null) {
                                lf_Position = 'err';
                        } else {
                                lfDiv.id = divID;
                                lfDiv.style.position = 'absolute';
                                lfDiv.style.zIndex = 9999;
                                if (lf_Position == 1) {
                                        lfDiv.style.left = lf_OffSet_Left_Position;
                                        lfDiv.style.top = lf_OffSet_Top_Position;
                                } else {
                                        lfDiv.style.left = 0;
                                        lfDiv.style.top = 0;
                                }
                                lfDiv.style.height = lf_SWF_File_Height;
                                lfDiv.style.width = lf_SWF_File_Width;
                                lfDiv.style.visibility = 'visible';
                        }
                } catch(e) {
                        lf_Position = 'err';
                }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position == 2) {
                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        }
        if ((lf_Position !== 1) && lf_Position !== 2) {
            switch (arrNavInfo[0]) {
                case 'ie':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                    window.setInterval('ScrollHnd()', 30);
                break;
                case 'gek':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
                case 'opr':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'kde':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'wtv':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
            }
            ScrollHnd();
        }
}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
        divScroll = objDoc.getElementById(divID);
        if (divScroll.style) {
```

-7-

```
                divScroll = divScroll.style;
        }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;

    }
    else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else     if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft + lf_divHorPos;
    divTop = divTop + lf_divVerPos;
    divLeft = divLeft + screenX;
    divTop = divTop + screenY;
    if (lf_Position_Dynamic == 6) {
        divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
    } else if (lf_Position_Dynamic == 7) {
        divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else if (lf_Position_Dynamic == 8) {
        divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
        divTop = divTop + (screenHt - lf_SWF_File_Height);
    } else if (lf_Position_Dynamic == 9) {
        divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
    } else {
        if (lf_Position_Dynamic == 5)
        {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

-8-

```
            }
            if (( lf_Position_Dynamic % 2 ) == 0)
            {
                divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            }
            if (( lf_Position_Dynamic < 3 ) == false)
            {
                divTop = divTop + (screenHt - lf_SWF_File_Height);
            }
        }
        divScroll.left = divLeft + 'px';
        divScroll.top = divTop + 'px';
    }
    function compileLFOW()
    {
        lfParamString = '?lfID=' + lf_ID
        lfParamString += '&cOMW=' + lf_cOMW
        if (lf_cOMURL == '') {
            lfParamString += '&cOMURL=http://www.livefaceonweb.com'
        } else {
            lfParamString += '&cOMURL=' + escape(lf_cOMURL)
        }
        lfParamString += '&cOMWP=' + lf_cOMWP
        lfParamString += '&tDLB=' + lf_tDLB
        lfParamString += '&tDLA=' + lf_tDLA
        lfParamString += '&fIE=' + lf_fIE
        lfParamString += '&fIET=' + lf_fIET
        lfParamString += '&fIEP=' + lf_fIEP
        lfParamString += '&fOE=' + lf_fOE
        lfParamString += '&fOET=' + lf_fOET
        lfParamString += '&pBBE=' + lf_pBBE
        lfParamString += '&pBBBOF=' + lf_pBBBOF
        lfParamString += '&pBAE=' + lf_pBAE
        lfParamString += '&pBAOF=' + lf_pBAOF
        lfParamString += '&rOTPE=' + lf_rOTPE
        if (lf_rOTPURL == '') {
            lfParamString += '&rOTPURL=none'
        } else {
            lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
        }
        lfParamString += '&sFRAME=' + lf_sFRAME
        if (lf_AffiliateID == '') {
            lfParamString += '&lfAffiliateID=none'
        } else {
            lfParamString += '&lfAffiliateID=' + lf_AffiliateID
        }
        if (document.location.href == '') {
            lfParamString += '&sURL_Site=none'
        } else {
            lfParamString += '&sURL_Site=' + escape(document.location.href);
        }
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

```
    lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
    lfString += "<param name='quality' value='high' />";
    lfString += "<param name='wmode' value='transparent' />";
    lfString += "<param name='allowScriptAccess' value='always' />";
    lfString += "<param name='loop' value='false' />";
    lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
    lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

LC Control Number

0 025 139 365 5

EXHIBIT A2

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**

**TXu 1-610-441**

**Effective date of
registration:**

December 20, 2007

---

## Title

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication

**Year of Completion:** 2007

## Author

■ **Author:** Live Face on Web, LLC

**Author Created:** New text; chancfes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No      **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web,
LLC

**Date:** December 13, 2007

Registration #:   TXU001610441

Service Request #:   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

# EXHIBIT B

```
1   <!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
2     "http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
3   <html xmlns="http://www.w3.org/1999/xhtml" xml:lang="en" lang="en" dir="ltr">
4   <head>
5
6
7   <script type="text/javascript" src="/static/js/analytics.js"></script>
8   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app15.us.archive.org";archive_analytics.values.server_ms=180;</script>
9   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
10
11
12  <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
13    <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
14  <link rel="canonical" href="http://hippocraticsolutions.com/" />
15  <meta name="keywords" content="urology medical billing, cardiology medical billing,
    podiatry medical billing, urology billing, podiatry billing, cardiology billing, cardiology
    billing services, podiatry billing services, urology billing services, medical billing
    services, medical claims billing, professional medical billing" />
16  <meta name="description" content="Hippocratic Solutions provides the highest quality of
    services for Podiatry Billing, Cardiology Billing, Urology Billing and Practice Fusion at
    Affordable Rates." />
17  <meta name="abstract" content="Podiatry Billing, Urology Billing, Cardiology Billing &amp;
    Practice Fusion - HippocraticSolutions.com" />
18  <meta name="dc.contributor" content="Podiatry Billing, Urology Billing, Cardiology Billing
    &amp; Practice Fusion - HippocraticSolutions.com" />
19  <meta name="dc.description" content="Hippocratic Solutions provides the highest quality of
    services for Podiatry Billing, Cardiology Billing, Urology Billing and Practice Fusion at
    Affordable Rates." />
20  <meta name="revisit-after" content="1 day" />
21  <link rel="alternate" type="application/rss+xml" title="Medical Billing, Podiatry Billing,
    Urology Billing, Cardiology Billing, Dermatology Billing &amp; Radiology Billing RSS"
    href="http://hippocraticsolutions.com/rss.xml" />
22  <link rel="shortcut icon"
    href="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/conch_favi
    con.ico" type="image/x-icon" />
23    <title>Medical Billing, Podiatry Billing, Urology Billing, Cardiology Billing,
    Dermatology Billing & Radiology Billing | HippocraticSolutions.com</title>
24    <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/modules/node/node.css?M" />
25  <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/modules/poll/poll.css?M" />
26  <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/modules/system/defaults.css?M"
    />
27  <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/modules/system/system.css?M"
    />
28  <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/modules/system/system-
    menus.css?M" />
29  <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/modules/user/user.css?M" />
30  <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/cck/theme/co
    ntent-module.css?M" />
31  <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/ctools/css/c
    tools.css?M" />
32  <link type="text/css" rel="stylesheet" media="all"
    href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/fckeditor/fc
```

```
     keditor.css?M" />
33  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/filefield/fi
     lefield.css?M" />
34  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/follow/follo
     w.css?M" />
35  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/nice_menus/n
     ice_menus.css?M" />
36  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/nice_menus/n
     ice_menus_default.css?M" />
37  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/libraries/shadowbox/
     shadowbox.css?M" />
38  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/shadowbox/sh
     adowbox.css?M" />
39  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/cck/modules/
     fieldgroup/fieldgroup.css?M" />
40  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/modules/views/css/vi
     ews.css?M" />
41  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/themes/conch/css/res
     et.css?M" />
42  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/themes/conch/css/gri
     d.css?M" />
43  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/themes/conch/css/typ
     ography.css?M" />
44  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/themes/conch/menu/cs
     smenu/cssmenu.css?M" />
45  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/themes/conch/css/def
     ault-style.css?M" />
46  <link type="text/css" rel="stylesheet" media="all"
     href="/web/20110208133704cs_/http://hippocraticsolutions.com/sites/all/themes/conch/css/cus
     tom.css?M" />
47   <script type="text/javascript"
     src="/web/20110208133704js_/http://hippocraticsolutions.com/misc/jquery.js?M"></script>
48  <script type="text/javascript"
     src="/web/20110208133704js_/http://hippocraticsolutions.com/misc/drupal.js?M"></script>
49  <script type="text/javascript"
     src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/modules/external/exte
     rnal.js?M"></script>
50  <script type="text/javascript"
     src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/modules/nice_menus/su
     perfish/js/superfish.js?M"></script>
51  <script type="text/javascript"
     src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/modules/nice_menus/su
     perfish/js/jquery.bgiframe.min.js?M"></script>
52  <script type="text/javascript"
     src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/modules/nice_menus/su
     perfish/js/jquery.hoverIntent.minified.js?M"></script>
53  <script type="text/javascript"
```

```
        src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/modules/nice_menus/ni
   ce_menus.js?M"></script>
54   <script type="text/javascript"
        src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/libraries/shadowbox/s
   hadowbox.js?M"></script>
55   <script type="text/javascript"
        src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/modules/shadowbox/sha
   dowbox_auto.js?M"></script>
56   <script type="text/javascript"
        src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/themes/conch/js/jquer
   y.cycle.all.js?M"></script>
57   <script type="text/javascript"
        src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/themes/conch/js/super
   sleight.js?M"></script>
58   <script type="text/javascript"
        src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/themes/conch/js/custo
   m.js?M"></script>
59   <script type="text/javascript"
        src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/themes/conch/menu/css
   menu/cssmenu.js?M"></script>
60   <script type="text/javascript"
        src="/web/20110208133704js_/http://hippocraticsolutions.com/sites/all/themes/conch/js/popup
   .js?M"></script>
61   <script type="text/javascript">
62   <!--//--><![CDATA[//><!--
63   jQuery.extend(Drupal.settings, { "basePath": "/", "externalpdf": 1, "nice_menus_options": {
     "delay": "800", "speed": "normal" }, "shadowbox": { "animate": 1, "animateFade": 1,
     "animSequence": "wh", "auto_enable_all_images": 0, "auto_gallery": 0, "autoplayMovies":
     true, "continuous": 0, "counterLimit": "10", "counterType": "default", "displayCounter": 1,
     "displayNav": 1, "enableKeys": 1, "fadeDuration": "0.35", "handleOversize": "resize",
     "handleUnsupported": "link", "initialHeight": 160, "initialWidth": 320, "language": "en",
     "modal": false, "overlayColor": "#000", "overlayOpacity": "0.85", "players": null,
     "resizeDuration": "0.35", "showMovieControls": 1, "slideshowDelay": "0", "viewportPadding":
     20, "useSizzle": 0 } });
64   //--><!]]>
65   </script>
66
67    <!--[if IE]>
68      <link rel="stylesheet" href="/sites/all/themes/conch/css/ie.css" type="text/css" />
69    <![endif]-->
70    <!--[if IE 6]>
71      <link rel="stylesheet" href="/sites/all/themes/conch/css/ie6.css" type="text/css" />
72      <script type="text/javascript" src="/sites/all/themes/conch/js/supersleight.js">
   </script>
73    <![endif]-->
74    <!--[if IE 7]>
75      <link rel="stylesheet" href="/sites/all/themes/conch/css/ie7.css" type="text/css" />
76    <![endif]-->
77   </head>
78   <body id="bd">
79
80
81   <!-- BEGIN WAYBACK TOOLBAR INSERT -->
82   <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
83   <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
84   <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
85   <script type="text/javascript">//<![CDATA[
86   var __wm = (function(){
87   var wbPrefix = "/web/";
88   var wbCurrentUrl = "http://hippocraticsolutions.com/";
89
```

```
 90  var firstYear = 1996;
 91  var imgWidth = 500,imgHeight = 27;
 92  var yearImgWidth = 25,monthImgWidth = 2;
 93  var displayDay = "8";
 94  var displayMonth = "Feb";
 95  var displayYear = "2011";
 96  var prettyMonths =
     ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
 97  var $D=document,$=function(n){return document.getElementById(n)};
 98  var trackerVal,curYear = -1,curMonth = -1;
 99  var yearTracker,monthTracker;
100  function showTrackers(val) {
101    if (val===trackerVal) return;
102    var $ipp=$("wm-ipp");
103    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
104    if (val) {
105      $ipp.className="hi";
106    } else {
107      $ipp.className="";
108      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
109    }
110    yearTracker.style.display=val?"inline":"none";
111    monthTracker.style.display=val?"inline":"none";
112    trackerVal = val;
113  }
114  function getElementX2(obj) {
115    var $e=jQuery(obj);
116    return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
117      getElementX(obj):Math.round($e.offset().left);
118  }
119  function trackMouseMove(event,element) {
120    var eventX = getEventX(event);
121    var elementX = getElementX2(element);
122    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
123    var monthOff = xOff % yearImgWidth;
124
125    var year = Math.floor(xOff / yearImgWidth);
126    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
127    // 1 extra border pixel at the left edge of the year:
128    var month = (year * 12) + monthOfYear;
129    var day = monthOff % 2==1?15:1;
130    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
131      zeroPad(day,2) + "000000";
132
133    $("displayYearEl").innerHTML=year+firstYear;
134    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
135    // looks too jarring when it changes..
136    //$("displayDayEl").innerHTML=zeroPad(day,2);
137    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
138    $("wm-graph-anchor").href=url;
139
140    if(curYear != year) {
141      var yrOff = year * yearImgWidth;
142      yearTracker.style.left = yrOff + "px";
143      curYear = year;
144    }
145    if(curMonth != month) {
146      var mtOff = year + (month * monthImgWidth) + 1;
147      monthTracker.style.left = mtOff + "px";
```

```
148        curMonth = month;
149    }
150 }
151 function hideToolbar() {
152    $("wm-ipp").style.display="none";
153 }
154 function bootstrap() {
155    var $spk=$("wm-ipp-sparkline");
156    yearTracker=$D.createElement('div');
157    yearTracker.className='yt';
158    with(yearTracker.style){
159      display='none';width=yearImgWidth+"px";height=imgHeight+"px";
160    }
161    monthTracker=$D.createElement('div');
162    monthTracker.className='mt';
163    with(monthTracker.style){
164      display='none';width=monthImgWidth+"px";height=imgHeight+"px";
165    }
166    $spk.appendChild(yearTracker);
167    $spk.appendChild(monthTracker);
168
169    var $ipp=$("wm-ipp");
170    $ipp&&disclaimElement($ipp);
171 }
172 return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
173 })();//]]>
174 </script>
175 <style type="text/css">
176 body {
177    margin-top:0 !important;
178    padding-top:0 !important;
179    min-width:800px !important;
180
181 </style>
182 <div id="wm-ipp" lang="en" style="display:none;">
183
184 <div style="position:fixed;left:0;top:0;width:100%!important">
185 <div id="wm-ipp-inside">
186    <table style="width:100%;"><tbody><tr>
187    <td id="wm-logo">
188      <a href="/web/" title="Wayback Machine home page"><img
src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
height="39" border="0" /></a>
189    </td>
190    <td class="c">
191      <table style="margin:0 auto;"><tbody><tr>
192      <td class="u" colspan="2">
193      <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
id="wmtb"><input type="text" name="url" id="wmtbURL"
value="http://hippocraticsolutions.com/" style="width:400px;"
onfocus="this.focus();this.select();" /><input type="hidden" name="type" value="replay" />
<input type="hidden" name="date" value="20110208133704" /><input type="submit" value="Go"
/><span id="wm_tb_options" style="display:block;"></span></form>
194      </td>
195      <td class="n" rowspan="2">
196        <table><tbody>
197        <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
198        <tr class="m">
199          <td class="b" nowrap="nowrap">
200
```

```
201                        <a href="/web/20101228132448/http://www.hippocraticsolutions.com/"
       title="28 Dec 2010">DEC</a>

202
203                    </td>
204                    <td class="c" id="displayMonthEl" title="You are here: 13:37:04 Feb 8,
       2011">FEB</td>
205                    <td class="f" nowrap="nowrap">

206
207                        <a href="/web/20110410195131/http://www.hippocraticsolutions.com/"
       title="10 Apr 2011"><strong>APR</strong></a>

208
209                    </td>
210                </tr>
211            <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
212            <tr class="d">
213                <td class="b" nowrap="nowrap">

214
215                        <a href="/web/20101228132448/http://www.hippocraticsolutions.com/"
       title="13:24:48 Dec 28, 2010"><img src="/static/images/toolbar/wm_tb_prv_on.png"
       alt="Previous capture" width="14" height="16" border="0" /></a>

216
217                    </td>
218                    <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
       title="You are here: 13:37:04 Feb 8, 2011">8</td>
219                    <td class="f" nowrap="nowrap">

220
221                        <a href="/web/20110410195131/http://www.hippocraticsolutions.com/"
       title="19:51:31 Apr 10, 2011"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next
       capture" width="14" height="16" border="0" /></a>

222
223                    </td>
224                </tr>
225            <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
226            <tr class="y">
227                <td class="b" nowrap="nowrap">

228
229                        <a href="/web/20100121155523/http://hippocraticsolutions.com/" title="21
       Jan 2010"><strong>2010</strong></a>

230
231                    </td>
232                    <td class="c" id="displayYearEl" title="You are here: 13:37:04 Feb 8,
       2011">2011</td>
233                    <td class="f" nowrap="nowrap">

234
235                        <a href="/web/20120309134009/http://hippocraticsolutions.com/" title="9
       Mar 2012"><strong>2012</strong></a>

236
237                    </td>
238                </tr>
239            </tbody></table>
240        </td>
241        </tr>
242    <tr>
243    <td class="s">
244        <a class="t" href="/web/20110208133704*/http://hippocraticsolutions.com/"
       title="See a list of every capture for this URL">49 captures</a>
245        <div class="r" title="Timespan for captures of this URL">4 Jan 09 - 17 Dec
       14</div>
246        </td>
247    <td class="k">
```

```
248        <a href="" id="wm-graph-anchor">
249        <div id="wm-ipp-sparkline" title="Explore captures for this URL">
250          <img id="sparklineImgId" alt="sparklines"
251               onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
252               onmousemove="__wm.mv(event,this)"
253               width="500"
254               height="27"
255               border="0"
256               src="/web/jsp/graph.jsp?
     graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
     000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
     00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
     :-1:000000000000_2009:-1:100000010000_2010:-1:101010000021_2011:1:010210033311_2012:-1:4031
     11000200_2013:-1:100101031000_2014:-1:111001010011_2015:-1:000000000000" />
257        </div>
258        </a>
259        </td>
260        </tr></tbody></table>
261    </td>
262    <td class="r">
263        <a href="#close" onclick="__wm.h();return false;" style="background-
     image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
     toolbar">Close</a>

264        <a href="http://faq.web.archive.org/" style="background-
     image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
     the Wayback Machine">Help</a>
265    </td>
266    </tr></tbody></table>
267 </div>
268 </div>
269 </div>
270 <script type="text/javascript">__wm.bt();</script>
271 <!-- END WAYBACK TOOLBAR INSERT -->
272
273   <!-- Header -->
274   <div id="st_wrapper">
275   <div id="topbar"></div>
276        <div class="container_16 clear-block">
277        <div id="topsociallinks">
278   <div id="block-follow-site" class="clear-block block block-follow ">
279
280   <h2>Follow Us:</h2>
281
282   <div class="content"><div class="follow-links clear-block"><a class="follow-link follow-
     link-facebook follow-link-site"
     href="/web/20110208133704/http://www.facebook.com/pages/Hippocratic-Solutions-
     LLC/252587769864" title="Follow Medical Billing, Podiatry Billing, Urology Billing,
     Cardiology Billing, Dermatology Billing &amp;amp; Radiology Billing on
     Facebook">Facebook</a>
283   <a class="follow-link follow-link-twitter follow-link-site"
     href="/web/20110208133704/http://twitter.com/hippocratic" title="Follow Medical Billing,
     Podiatry Billing, Urology Billing, Cardiology Billing, Dermatology Billing &amp;amp;
     Radiology Billing on Twitter">Twitter</a>
284   <a class="follow-link follow-link-linkedin follow-link-site"
     href="/web/20110208133704/http://www.linkedin.com/in/hippocraticsolutions" title="Follow
     Medical Billing, Podiatry Billing, Urology Billing, Cardiology Billing, Dermatology Billing
     &amp;amp; Radiology Billing on LinkedIn">LinkedIn</a>
285   <a class="follow-link follow-link-youtube follow-link-site"
     href="/web/20110208133704/http://www.youtube.com/user/hippocraticsolutions" title="Follow
     Medical Billing, Podiatry Billing, Urology Billing, Cardiology Billing, Dermatology Billing
```

```
            &amp;amp; Radiology Billing on YouTube">YouTube</a>
286  <a class="follow-link follow-link-flickr follow-link-site"
     href="/web/20110208133704/http://www.flickr.com/photos/hippocraticsolutions/" title="Follow
     Medical Billing, Podiatry Billing, Urology Billing, Cardiology Billing, Dermatology Billing
     &amp;amp; Radiology Billing on Flickr">Flickr</a>
287  <a class="follow-link follow-link-delicious follow-link-site"
     href="/web/20110208133704/http://www.delicious.com/hippocraticsolutions" title="Follow
     Medical Billing, Podiatry Billing, Urology Billing, Cardiology Billing, Dermatology Billing
     &amp;amp; Radiology Billing on Delicious">Delicious</a>
288  <a class="follow-link follow-link-tumblr follow-link-site"
     href="/web/20110208133704/http://hippocraticsolutions.tumblr.com/" title="Follow Medical
     Billing, Podiatry Billing, Urology Billing, Cardiology Billing, Dermatology Billing
     &amp;amp; Radiology Billing on Tumblr">Tumblr</a>
289  <a class="follow-link follow-link-virb follow-link-site"
     href="/web/20110208133704/http://medicalclaimbilling.virb.com/" title="Follow Medical
     Billing, Podiatry Billing, Urology Billing, Cardiology Billing, Dermatology Billing
     &amp;amp; Radiology Billing on Virb">Virb</a>
290  </div></div>
291  </div>
292    </div>
293        <div id="st_header"  >
294          <div id="st_logo_header" class="grid_4">
295            <h1 class="logo"><a href="/web/20110208133704/http://hippocraticsolutions.com/"
     title="HippocraticSolutions.com"><img
     src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/conch_logo.
     jpg" alt="HippocraticSolutions.com" id="logo" /></a></h1>          </div>
296
297        <!-- Main menu -->
298        <div id="phone" class="phone">
299
300        <img
     src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/all/themes/conch/images/p
     hone.jpg" alt="" width="221" height="31">
301              </div>
302        <!-- End main menu -->
303      </div> <!-- End header -->
304
305
306        <div id="nav">
307
308  <div id="block-nice_menus-1" class="clear-block block block-nice_menus ">
309
310
311    <div class="content"><ul class="nice-menu nice-menu-down" id="nice-menu-1"><li
     class="menu-616 menu-path-front active-trail first  odd "><a
     href="/web/20110208133704/http://hippocraticsolutions.com/" title="Hippocratic Solutions"
     class="active">Home</a></li>
312  <li class="menu-502 menu-path-node-15 even "><a
     href="/web/20110208133704/http://hippocraticsolutions.com/about-hippocratic-solutions"
     title="About Hippocratic Solutions">About Us</a></li>
313  <li class="menu-473 menuparent menu-path-node-4 odd "><a
     href="/web/20110208133704/http://hippocraticsolutions.com/medical-billing-services"
     title="Physician Services">Medical Billing Services</a><ul><li class="menu-1736 menu-path-
     node-72 first  odd "><a
     href="/web/20110208133704/http://hippocraticsolutions.com/Anesthesiology-Billing-Services"
     title="Anesthesiology Billing Services">Anesthesiology Billing</a></li>
314  <li class="menu-1731 menu-path-node-63 even "><a
     href="/web/20110208133704/http://hippocraticsolutions.com/cardiology-billing"
     title="Cardiology Billing">Cardiology Billing</a></li>
315  <li class="menu-1732 menu-path-node-67 odd "><a
     href="/web/20110208133704/http://hippocraticsolutions.com/Dermatology-Billing-Services"
```

```
      title="Dermatology Billing Services">Dermatology Billing</a></li>
316   <li class="menu-1733 menu-path-node-68 even "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/Neurology-Billing-Services"
      title="Neurology Billing Services">Neurology Billing</a></li>
317   <li class="menu-1734 menu-path-node-69 odd "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/OB-GYN-Billing-Services"
      title="OB/GYN Billing Services">OB/GYN Billing</a></li>
318   <li class="menu-475 menu-path-node-6 even "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/podiatry-billing" title="Podiatry
      Billing">Podiatry Billing</a></li>
319   <li class="menu-1735 menu-path-node-70 odd "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/Radiology-Billing-Services"
      title="Radiology Billing Services">Radiology Billing</a></li>
320   <li class="menu-482 menu-path-node-16 even  last "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/urology-billing" title="Urology
      Billing">Urology Billing</a></li>
321   </ul>
322   </li>
323   <li class="menu-1193 menuparent menu-path-node-51 even "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/consulting-services"
      title="Consulting Services">Consulting Services</a><ul><li class="menu-470 menu-path-node-1
      first  odd "><a href="/web/20110208133704/http://hippocraticsolutions.com/practice-fusion"
      title="Practice Fusion">Practice Fusion</a></li>
324   <li class="menu-476 menu-path-node-7 even "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/certified-consultants"
      title="Certified Consultants">Certified Consultants</a></li>
325   <li class="menu-1194 menu-path-node-50 odd  last "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/hippocratic-solutions-practice-
      management-services" title="Hippocratic Solutions&#039; Practice Management
      Services">Practice Management</a></li>
326   </ul>
327   </li>
328   <li class="menu-589 menu-path-node-23 odd "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/debt-collection-services"
      title="Debt Collection Services">Debt Collection Services</a></li>
329   <li class="menu-1756 menu-path-node-75 even "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/Medical-Seo-Services"
      title="">Medical SEO</a></li>
330   <li class="menu-481 menu-path-blog odd "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/blog" title="Blog">Blog</a></li>
331   <li class="menu-1760 menu-path-news-articles even "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/news-articles"
      title="News">News</a></li>
332   <li class="menu-725 menu-path-node-43 odd  last "><a
      href="/web/20110208133704/http://hippocraticsolutions.com/contact-us" title="Contact
      Us">Contact Us</a></li>
333   </ul>
334   </div>
335   </div>
336                   </div>
337           </div>
338        <div id="st_wrapper" class="headerbg"><!-- Slogan -->
339          <div class="container_16 clear-block">           <div id="st_slogan"
      class="grid_16">
340              <div id="block-views-Slideshow-block_1" class="clear-block block block-views
      ">
341
342
343    <div class="content"><div class="view view-Slideshow view-id-Slideshow view-display-id-
      block_1 view-dom-id-1">
```

```
344
345
346
347        <div class="view-content">
348            <div class="views-row views-row-1 views-row-odd views-row-first">
349
350    <div class="views-field-field-picture-fid">
351                    <span class="field-content"><img  class="imagefield imagefield-
    field_picture" width="260" height="260" alt="Podiatry Billing, Urology Billing, Cardiology
    Billing & Practice Fusion - Hippoc"
    src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/slideshow/p
    pp2_0.jpg?1286840315" /></span>
352
353
354    <div class="views-field-body">
355                    <div class="field-content"><h2>
356    <p>Expand your practice...Leave the Billing to us</p>
357    </h2></div>
358        </div>
359        </div>
360        <div class="views-row views-row-2 views-row-even">
361
362    <div class="views-field-field-picture-fid">
363                    <span class="field-content"><img  class="imagefield imagefield-
    field_picture" width="610" height="260" alt="Hippocratic Solutions - When Medical Billing
    is in Our Hands…Measurable Results "
    src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/slideshow/d
    oc_profit_0.jpg?1286840431" /></span>
364        </div>
365
366    <div class="views-field-body">
367                    <div class="field-content"><h2>
368    <p>When Medical Billing is in Our Hands... Measurable Results Are in Yours!</p>
369    </h2></div>
370        </div>
371        </div>
372        <div class="views-row views-row-3 views-row-odd">
373
374    <div class="views-field-field-picture-fid">
375                    <span class="field-content"><img  class="imagefield imagefield-
    field_picture" width="610" height="260" alt="Hippocratic Solutions -  Your Business is
    Helping Patients! Ours is Expediting B"
    src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/slideshow/h
    elping-patients.jpg?1287005202" /></span>
376        </div>
377
378    <div class="views-field-body">
379                    <div class="field-content"><h2>
380    <p>Your Business is Helping Patients! Ours is Expediting Billing!</p>
381    </h2></div>
382        </div>
383        </div>
384        <div class="views-row views-row-4 views-row-even">
385
386    <div class="views-field-field-picture-fid">
387                    <span class="field-content"><img  class="imagefield imagefield-
    field_picture" width="610" height="260" alt="Hippocratic Solutions - We Provide Billing
    Solutions for Busy Medical Practices"
    src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/slideshow/l
    ine-of-doctors.jpg?1287004240" /></span>
388
```

```
389        </div>

390        <div class="views-field-body">
391                    <div class="field-content"><h2>
392 <p>We Provide Billing Solutions for Busy Medical Practices</p>
393 </h2></div>
394        </div>
395        </div>
396        <div class="views-row views-row-5 views-row-odd">
397
398        <div class="views-field-field-picture-fid">
399                    <span class="field-content"><img  class="imagefield imagefield-
     field_picture" width="610" height="260" alt="Hippocratic Solutions - Enjoy Your Practice:
     Let Us Eliminate the Delay between "
     src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/slideshow/s
     tethescope-ledger.jpg?1287004773" /></span>
400        </div>
401
402        <div class="views-field-body">
403                    <div class="field-content"><h2>
404 <p>Enjoy Your Practice: Let Us Eliminate the Delay between Patient and Payment</p>
405 </h2></div>
406        </div>
407        </div>
408        <div class="views-row views-row-6 views-row-even views-row-last">
409
410        <div class="views-field-field-picture-fid">
411                    <span class="field-content"><img  class="imagefield imagefield-
     field_picture" width="610" height="260" alt="Hippocratic Solutions - Hippocratic Solutions…
     Where Your Medical Billing is in G"
     src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/slideshow/i
     tsourbusiness.jpg?1287005306" /></span>
412        </div>
413
414        <div class="views-field-body">
415                    <div class="field-content"><h2>
416 <p>Hippocratic Solutions…Where Your Medical Billing is in Good Hands</p>
417 </h2></div>
418        </div>
419        </div>
420          </div>
421
422
423
424
425
426
427 </div> </div>
428 </div>
429            </div>
430                    <!-- End slogan --></div></div>
431
432        <div class="container_16 clear-block"><!-- Main -->
433          <div id="st_main">
434
435          <!-- Main Content -->
436          <div id="st_center" class="grid_12">
437            <div id="st_center_inner">
438
439                                    <div id="testimonials">
```

```
440                          <div id="block-block-8" class="clear-block block block-block ">
441
442     <h2>Testimonials</h2>
443
444     <div class="content"><p align="left">Your medical billing is in good hands with
        Hippocratic Solutions. But we would never ask you to simply take our word for it. Check out
        what others have been saying about us!</p>
445     <h3><a title="Dr David Green"
        href="/web/20110208133704/http://hippocraticsolutions.com/testimonial">Dr David Green</a>
        </h3>
446     <p><span class="submitted">Submitted by <a title="View user profile." href="#">Hippocratic
        Sol...</a> on Tue, 12/28/2010 - 01:14</span></p>
447     <div class="content clear-block">
448     <p>I must say our business was in deep financial trouble. Our billing was outdated, and we
        had been through a parade of incompetence with our in-house billing as well as other
        outsourced billing companies. That being said, we had heard about Hippocratic Solutions we
        checked into them. At first we were a bit afraid and leary, as we had tried several billing
        companies with haphazard results. Yet this was different right away. We were met with
        friendly and understanding professionals who were more than happy to accomodate us in
        getting back on top of things. We kept waiting for the other shoe to drop, but instead our
        business is climbing upward quickly!! Thank you so much Hippocratic Solutions!</p>
449     </div>
450     <div class="clear-block">
451     <div class="links">
452     <ul class="links inline">
453     <li class="node_read_more first last"><a
        href="/web/20110208133704/http://hippocraticsolutions.com/testimonial">Read more</a></li>
454     </ul>
455     </div>
456     </div>
457     <p> </p>
458     </div>
459     </div>
460                                       </div>
461
462
463             <!-- Breadcumb -->
464                         <div id="mission"><h2> </h2>
465     <h2>Hippocratic Solutions provides the Highest Quality of Medical Billing  for
        Podiatry Billing, Cardiology Billing, Urology Billing, Radiology Billing, Anesthesiology
        Billing, OB/GYN Billing, Neurology Billing, Debt Collection, Practice Fusion &amp; Many
        Other Specialized Practices Billing.</h2>
466     <p><img align="middle" alt=""
        src="/web/20110208133704im_/http://www.hippocraticsolutions.com/sites/default/files/freequo
        te_0.png" /></p>
467     <p> </p>
468     <p> </p>
469     <p> </p>
470     <p> </p></div>
471             <div class="clear-block homepage">
472             <div id="node-82" class="node">
473
474     <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/blog-entry/finding-
        backlinks-and-making-them-stick" title="Finding Backlinks And Making Them Stick">Finding
        Backlinks And Making Them Stick</a></h3>
475
476         <span class="submitted">Submitted by Hippocratic Sol... on Wed, 01/19/2011 -
        00:01</span>
477
478     <div class="content clear-block">
```

```
479    <div>In last weeks blog post I spoke about backlinks and how they are important for
       ranking your targeted keywords in the SERPS. After reading that blog post you were probably
       thinking how do I find these places to put my anchor text a.k.a backlinks? Well, it can be
       difficult finding places that will allow you to place your links. But there are a few
       tricks that im going to talk to you about to help you find some of these places. The best
       way to find places to put your links is to find blogs that relate to your website's
       content.
480    </div>  </div>
481
482    <div class="clear-block">
483       <div class="meta">
484          </div>
485
486          <div class="links"><ul class="links inline"><li class="blog_usernames_blog
       first"><a href="/web/20110208133704/http://hippocraticsolutions.com/blog/3" title="Read
       Hippocratic Solutions&#039;s latest blog entries.">Hippocratic Solutions&#039;s blog</a>
       </li>
487    <li class="comment_forbidden"><span><a
       href="/web/20110208133704/http://hippocraticsolutions.com/user/login?
       destination=comment%2Freply%2F82%23comment-form">Login</a> or <a
       href="/web/20110208133704/http://hippocraticsolutions.com/user/register?
       destination=comment%2Freply%2F82%23comment-form">register</a> to post comments</span></li>
488    <li class="node_read_more last"><a
       href="/web/20110208133704/http://hippocraticsolutions.com/blog-entry/finding-backlinks-and-
       making-them-stick" title="Read the rest of Finding Backlinks And Making Them Stick.">Read
       more</a></li>
489    </ul></div>
490          </div>
491
492    </div>
493    <div id="node-81" class="node">
494
495    <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/press-
       release/hippocratic-solutions-goes-step-above-rest-and-offers-60-day-guarantee"
       title="Hippocratic Solutions Goes a Step Above the Rest and Offers 60 Day
       Guarantee">Hippocratic Solutions Goes a Step Above the Rest and Offers 60 Day Guarantee</a>
       </h3>
496
497
498    <div class="content clear-block">
499       <div>Hippocratic Solutions LLC, a <a title="Medical Billing" style="outline-style:
       none; outline-width: initial; outline-color: initial; color: rgb(0, 68, 172); text-
       decoration: none; " href="/web/20110208133704/http://www.hippocraticsolutions.com/medical-
       billing-services">medical billing</a> and debt collection company, is offering a 60
       day guarantee to providers looking to outsource their medical billing. There will not be an
       expiration date for this service offering as it has been company policy since the inception
       of the organization.
500    </div>  </div>
501
502    <div class="clear-block">
503       <div class="meta">
504          </div>
505
506          <div class="links"><ul class="links inline"><li class="node_read_more first
       last"><a href="/web/20110208133704/http://hippocraticsolutions.com/press-
       release/hippocratic-solutions-goes-step-above-rest-and-offers-60-day-guarantee" title="Read
       the rest of Hippocratic Solutions Goes a Step Above the Rest and Offers 60 Day
       Guarantee.">Read more</a></li>
507    </ul></div>
508          </div>
```

```
509
510   </div>
511   <div id="node-79" class="node">
512
513     <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/blog-entry/seo-why-its-
      important-your-practice" title="SEO &amp; Why It&#039;s Important For Your Practice">SEO
      &amp; Why It&#039;s Important For Your Practice</a></h3>
514
515         <span class="submitted">Submitted by Hippocratic Sol... on Fri, 01/14/2011 -
      23:17</span>
516
517     <div class="content clear-block">
518       <p>In most cases, medical practices are small businesses, and small businesses need to
      advertise. Making sure you have a website is the first step to expanding your client base.
      Many business owners believe that paying someone to make a website and put it up online
      will instantly bring a flow of customers in; unfortunately, this is not the case. There is
      much more to setting up an online presence and it&rsquo;s called SEO (Search Engine
      Optimization). Most people have heard this term but they don&rsquo;t truly understand what
      it means.</p>
519     </div>
520
521     <div class="clear-block">
522       <div class="meta">
523         </div>
524
525           <div class="links"><ul class="links inline"><li class="blog_usernames_blog
      first"><a href="/web/20110208133704/http://hippocraticsolutions.com/blog/3" title="Read
      Hippocratic Solutions&#039;s latest blog entries.">Hippocratic Solutions&#039;s blog</a>
      </li>
526   <li class="comment_forbidden"><span><a
      href="/web/20110208133704/http://hippocraticsolutions.com/user/login?
      destination=comment%2Freply%2F79%23comment-form">Login</a> or <a
      href="/web/20110208133704/http://hippocraticsolutions.com/user/register?
      destination=comment%2Freply%2F79%23comment-form">register</a> to post comments</span></li>
527   <li class="node_read_more last"><a
      href="/web/20110208133704/http://hippocraticsolutions.com/blog-entry/seo-why-its-important-
      your-practice" title="Read the rest of SEO &amp; Why It&#039;s Important For Your
      Practice.">Read more</a></li>
528   </ul></div>
529         </div>
530
531   </div>
532   <div id="node-78" class="node">
533
534     <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/press-
      release/hippocratic-solutions-expanding-operations-moving-new-location" title="Hippocratic
      Solutions Expanding Operations, Moving to a New Location">Hippocratic Solutions Expanding
      Operations, Moving to a New Location</a></h3>
535
536
537     <div class="content clear-block">
538       <p>Hippocratic Solutions LLC has relocated its Corporate Headquarters from Clifton, New
      Jersey to 373D Route 46 West, Suite 210, Fairfield, New Jersey 07004. Hippocratic Solutions
      has been serving the medical community from its original office since 2008. The move to the
      new business park, which is more than double the size of the previous office, will allow
      the organization to expand its team and medical client base.</p>
539   <p>The new office will be staffed with additional certified medical billers, practice
      management specialists and an in-house medical search engine optimization team.</p>
540     </div>
541
542     <div class="clear-block">
```

```
543        <div class="meta">
544          </div>
545
546          <div class="links"><ul class="links inline"><li class="node_read_more first
     last"><a href="/web/20110208133704/http://hippocraticsolutions.com/press-
     release/hippocratic-solutions-expanding-operations-moving-new-location" title="Read the
     rest of Hippocratic Solutions Expanding Operations, Moving to a New Location.">Read
     more</a></li>
547    </ul></div>
548          </div>
549
550    </div>
551    <div id="node-71" class="node">
552
553      <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/blog-entry/dermatology-
     billing" title="Dermatology Billing">Dermatology Billing</a></h3>
554
555          <span class="submitted">Submitted by Hippocratic Sol... on Tue, 12/28/2010 -
     01:14</span>
556
557      <div class="content clear-block">
558        <p>For busy dermatologists, it pays to seek help from trusted companies like
     Hippocratic Solutions. Provided below are the reasons:</p>
559      </div>
560
561      <div class="clear-block">
562        <div class="meta">
563          </div>
564
565          <div class="links"><ul class="links inline"><li class="blog_usernames_blog
     first"><a href="/web/20110208133704/http://hippocraticsolutions.com/blog/3" title="Read
     Hippocratic Solutions&#039;s latest blog entries.">Hippocratic Solutions&#039;s blog</a>
     </li>
566    <li class="comment_forbidden"><span><a
     href="/web/20110208133704/http://hippocraticsolutions.com/user/login?
     destination=comment%2Freply%2F71%23comment-form">Login</a> or <a
     href="/web/20110208133704/http://hippocraticsolutions.com/user/register?
     destination=comment%2Freply%2F71%23comment-form">register</a> to post comments</span></li>
567    <li class="node_read_more last"><a
     href="/web/20110208133704/http://hippocraticsolutions.com/blog-entry/dermatology-billing"
     title="Read the rest of Dermatology Billing.">Read more</a></li>
568    </ul></div>
569          </div>
570
571    </div>
572    <div id="node-64" class="node">
573
574      <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/press-
     release/hippocratic-solutions-exhibit-njpms-seminar" title="Hippocratic Solutions To
     Exhibit At NJPMS Seminar">Hippocratic Solutions To Exhibit At NJPMS Seminar</a></h3>
575
576
577      <div class="content clear-block">
578        <p>Hippocratic Solutions, a leader in medical billing and debt collection
     services, is set to exhibit at the upcoming New Jersey Podiatric Medical Society seminar
     entitled Medicare Update 2011, New Audit Process, ICD 10 Overview and DME updates on
     Wednesday, December 8, 2010 located at the Battleground Country Club in Manalapan, NJ. This
     December program is the most highly attended program of the seminar series.</p>
579    <p> </p>
580      </div>
581
```

```
582    <div class="clear-block">
583      <div class="meta">
584        </div>
585
586        <div class="links"><ul class="links inline"><li class="node_read_more first
last"><a href="/web/20110208133704/http://hippocraticsolutions.com/press-
release/hippocratic-solutions-exhibit-njpms-seminar" title="Read the rest of Hippocratic
Solutions To Exhibit At NJPMS Seminar.">Read more</a></li>
587  </ul></div>
588      </div>
589
590  </div>
591  <div id="node-58" class="node">
592
593    <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/podiatry_webinar"
title="Start your own Podiatry Practice! Come Join Us on November 23, 2010!">Start your own
Podiatry Practice! Come Join Us on November 23, 2010!</a></h3>
594
595        <span class="submitted">Submitted by Hippocratic Sol... on Tue, 11/02/2010 -
22:34</span>
596
597    <div class="content clear-block">
598      <script id='my_vsp'
src='/web/20110208133704js_/http://www.hippocraticsolutions.com/new_player.js?
swf=http://www.hippocraticsolutions.com/new_main.swf&amp;flv=http://www.hippocraticsolution
s.com/1011873.flv&amp;start=normal&amp;close=close&amp;play_when=1&amp;align_right=false&am
p;show_loading=yes&amp;width=480&amp;height=360&amp;vlm=80&amp;x_off=90'></script><p>At
Hippocratic Solutions, we go above and beyond the everyday,  run-of-the-mill medical
billing services. That's because we're not here  just to do your billing and check your
codes, we're here to help you  succeed.</p>
599    </div>
600
601    <div class="clear-block">
602      <div class="meta">
603        </div>
604
605        <div class="links"><ul class="links inline"><li class="node_read_more first
last"><a href="/web/20110208133704/http://hippocraticsolutions.com/podiatry_webinar"
title="Read the rest of Start your own Podiatry Practice! Come Join Us on November 23,
2010!.">Read more</a></li>
606  </ul></div>
607      </div>
608
609  </div>
610  <div id="node-25" class="node">
611
612    <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/blog-entry/free-
ehr%E2%80%A6too-good-be-true" title="Free EHR…Too good to be true?">Free EHR…Too good to be
true?</a></h3>
613
614        <span class="submitted">Submitted by Hippocratic Sol... on Tue, 10/12/2010 -
04:22</span>
615
616    <div class="content clear-block">
617      <p>As a certified consultant for Practice Fusion, I am constantly asked when I meet
with providers...what's the catch?  How can this software be free? Am I going to sign up,
invest all this time and effort and then 6 months from now, get an invoice in the mail with
my new monthly fee?  The answer is no.  You want to leave and take your data elsewhere, no
charge to do so and you have your data within 48 hours.  No monthly maintenance fees,
upgrade fees, storage fees&hellip;how do they make their money?</p>
618      </div>
```

```
619
620      <div class="clear-block">
621        <div class="meta">
622          </div>
623
624            <div class="links"><ul class="links inline"><li class="blog_usernames_blog
    first"><a href="/web/20110208133704/http://hippocraticsolutions.com/blog/3" title="Read
    Hippocratic Solutions&#039;s latest blog entries.">Hippocratic Solutions&#039;s blog</a>
    </li>
625  <li class="comment_forbidden"><span><a
    href="/web/20110208133704/http://hippocraticsolutions.com/user/login?
    destination=comment%2Freply%2F25%23comment-form">Login</a> or <a
    href="/web/20110208133704/http://hippocraticsolutions.com/user/register?
    destination=comment%2Freply%2F25%23comment-form">register</a> to post comments</span></li>
626  <li class="node_read_more last"><a
    href="/web/20110208133704/http://hippocraticsolutions.com/blog-entry/free-ehr%E2%80%A6too-
    good-be-true" title="Read the rest of Free EHR…Too good to be true?.">Read more</a></li>
627  </ul></div>
628        </div>
629
630  </div>
631  <div id="node-24" class="node">
632
633    <h3><a href="/web/20110208133704/http://hippocraticsolutions.com/news-article/4-
    treatment-scenarios-help-you-master-lisfranc-joint-coding" title="4 Treatment Scenarios
    Help You Master Lisfranc Joint Coding">4 Treatment Scenarios Help You Master Lisfranc Joint
    Coding</a></h3>
634
635
636    <div class="content clear-block">
637      <p>4 Treatment Scenarios Help You Master Lisfranc Joint Coding (published June 2010
    issue of <em>Podiatry Coding &amp; Billing Alert</em>)</p>
638  <p> </p>
639  <p>Neglecting to report multiple fractures could cost you $500 per metatarsal.</p>
640  <p>Lisfranc joint injuries can pop up in just about any patient, from athletes to the
    elderly. Scoop up all of the multiple repair payments you&rsquo;ve earned and learn when
    accurate modifiers can boost revenue with this inside look at Lisfranc repair coding.</p>
641    </div>
642
643    <div class="clear-block">
644      <div class="meta">
645          </div>
646
647            <div class="links"><ul class="links inline"><li class="comment_comments first"><a
    href="/web/20110208133704/http://hippocraticsolutions.com/news-article/4-treatment-
    scenarios-help-you-master-lisfranc-joint-coding#comments" title="Jump to the first comment
    of this posting.">3 comments</a></li>
648  <li class="node_read_more last"><a
    href="/web/20110208133704/http://hippocraticsolutions.com/news-article/4-treatment-
    scenarios-help-you-master-lisfranc-joint-coding" title="Read the rest of 4 Treatment
    Scenarios Help You Master Lisfranc Joint Coding.">Read more</a></li>
649  </ul></div>
650        </div>
651
652  </div>
653            </div>
654            <a href="/web/20110208133704/http://hippocraticsolutions.com/rss.xml"
    class="feed-icon"><img
    src="/web/20110208133704im_/http://hippocraticsolutions.com/misc/feed.png" alt="Syndicate
    content" title="Medical Billing, Podiatry Billing, Urology Billing, Cardiology Billing,
    Dermatology Billing &amp; Radiology Billing RSS" width="16" height="16" /></a>
```

```
655        </div>
656              </div>
657              <!-- End content -->
658
659              <!-- Right -->
660                    <div id="st_sidebar_right" class="sidebar">
661                        <div id="st_sidebar_right_top"></div>
662                        <div id="st_sidebar_right_center">
663                        <div id="st_sidebar_right_center_con">
664              <!-- Split menu -->
665
666                    <div id="block-block-10" class="clear-block block block-block ">
667
668
669    <div class="content"><p class="rteleft"><a
       href="/web/20110208133704/http://www.hippocraticsolutions.com/hippocratic-guarantee"><img
       style="width: 179px; height: 179px;" alt=""
       src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/60dayGuaran
       tee.png" /></a></p>
670    </div>
671    </div>
672    <div id="block-block-6" class="clear-block block block-block ">
673
674
       <div class="content"><p><a href="/web/20110208133704/http://www.bbb.org/new-
       jersey/business-reviews/billing-service/hippocratic-solutions-in-clifton-nj-90094135"><img
       src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/all/themes/conch/images/b
       bb_logo.png" alt="" /></a></p>
675    </div>
676    </div>
677    <div id="block-block-9" class="clear-block block block-block ">
678
679
680      <div class="content"><p><center> </center></p>
681    <!-- BEGIN ProvideSupport.com Graphics Chat Button Code --><!-- BEGIN ProvideSupport.com
       Graphics Chat Button Code --><div id="cijeS7" style="z-index: 100; position:
       absolute;"> </div>
682    <div id="scjeS7" style="display: inline;"> </div>
683    <div id="sdjeS7" style="display: none;"> </div>
684    <script type="text/javascript">var
       seJeS7=document.createElement("script");seJeS7.type="text/javascript";var sejeS7s=
       (location.protocol.indexOf("https")==0?"https":"http")+"://image.providesupport.com/js/hipp
       ocratic/safe-standard.js?ps_h=jeS7&ps_t="+new
       Date().getTime();setTimeout("sejeS7.src=sejeS7s;document.getElementById('sdjeS7').appendChi
       ld(seJeS7)",1)</script><p><noscript><br />
685    <div style="display:inline"><a href="/web/20110208133704/http://www.providesupport.com/?
       messenger=hippocratic">Live Customer Service</a></div>
686    <p></p></noscript> </p>
687    <!-- END ProvideSupport.com Graphics Chat Button Code --><!-- END ProvideSupport.com
       Graphics Chat Button Code --><p> </p>
688    </div>
689    </div>
690    <div id="block-block-2" class="clear-block block block-block white_block">
691
692
693      <div class="content"><form onsubmit=" return validate_contact();" name="contactfrm"
       action="" method="post">
694        <table width="100%" cellspacing="1" cellpadding="1">
695           <tbody>
696              <tr>
697
```

```
                            <td><img height="45" width="180" alt=""
        src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/freequote.p
        ng" /></td>
698                 </tr>
699                 <tr>
700                     <td><input type="text" name="name" onBlur="if(this.value==''){
        this.value='*Name';}" onFocus="if(this.value=='*Name'){ this.value='';}" value="*Name"
        size="20" /></td>
701                 </tr>
702                 <tr>
703                     <td><input type="text" name="email" onBlur="if(this.value==''){
        this.value='*Email';}" onFocus="if(this.value=='*Email'){ this.value='';}" value="*Email"
        size="20" /></td>
704                 </tr>
705                 <tr>
706                     <td><input type="text" name="phone" onBlur="if(this.value==''){
        this.value='*Phone';}" onFocus="if(this.value=='*Phone'){ this.value='';}" value="*Phone"
        size="20" /></td>
707                 </tr>
708                 <tr>
709                     <td><textarea onBlur="if(this.value==''){ this.value='*Comment';}"
        onFocus="if(this.value=='*Comment'){ this.value='';}" rows="3" cols="16"
        name="comment">*Comment</textarea></td>
710                 </tr>
711                 <tr>
712                     <td><img alt=""
        src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/all/libraries/captch/php_
        captcha.php?imgpath=http://hippocraticsolutions.com/sites/all/libraries/captch/img.jpg" />
        </td>
713                 </tr>
714                 <tr>
715                     <td align="right">What code is in the image?</td>
716                 </tr>
717                 <tr>
718                     <td align="left"><input type="text" id="\&quot;number\&quot;" name="number"
        size="20" /></td>
719                 </tr>
720                 <tr>
721                     <td align="center" colspan="2"><input type="image" value="Submit"
        name="contact_submit"
        src="/web/20110208133704im_/http://hippocraticsolutions.com/sites/default/files/btn.jpg" />
        </td>
722                 </tr>
723             </tbody>
724         </table>
725 </form>
726 <script type="text/javascript">
727 function validate_contact(){
            if(document.contactfrm.name.value=='*Name'){
728
729                 alert('Please enter a Name.');
730                 document.contactfrm.name.focus();
731                 return false;
732             }
733         else if(document.contactfrm.email.value=='*Email'){
734                 alert('Please enter a Email.');
735                 document.contactfrm.email.focus();
736                 return false;
737             }
738         else if(document.contactfrm.phone.value=='*Phone'){
739                 alert('Please enter a Phone.');
```

```
740                        document.contactfrm.phone.focus();
741                        return false;
742                }
743                else if(document.contactfrm.comment.value=='*Comment'){
744                        alert('Please enter a comment.');
745                        document.contactfrm.comment.focus();
746                        return false
747                }
748                else if(document.contactfrm.number.value==''){
749                        alert('Please enter a captcha.');
750                        document.contactfrm.number.focus();
751                        return false;
752                }
753 }
754 </script></div>
755 </div>
756                                </div>
757                                </div>
758                                <div id="st_sidebar_right_bottom"></div>
759            </div>
760                        <!-- End right -->
761            </div>
762            <!-- End Main --></div>
763
764   </div>
765   <div id="st_wrapper_news">
766     <div class="container_16 clear-block">
767       <!-- News -->
768             <!-- End News -->
769
770     </div>
771   </div>
772   <div id="st_wrapper_footer">
773     <div class="container_16 clear-block">
774       <!-- Footer -->
775       <div id="st_footer" class="grid_16">
776         <div id="st_footer_logo">
777           <h1><a href="/web/20110208133704/http://hippocraticsolutions.com/"
    title="HippocraticSolutions.com"></a></h1>       </div>
778
779       <!-- Main menu -->
780       <div id="st_menu_footer">
781                              </div>
782       <!-- End main menu -->
783             <div id="st_copyright" class="grid_16 alpha">
784         <div id="block-block-1" class="clear-block block block-block module_below">
785
786
787   <div class="content"><div>
788 <table height="65" width="1300" border="1">
789 <tbody>
790 <tr>
791 <td width="158" valign="top" align="left" style="vertical-align: top;">
792 <h3 align="left" style="color: rgb(0, 153, 255); font-family: Arial,Helvetica,sans-serif;"
    class="footer-heading">About Us</h3>
793 <ul class="footerlink">
794 <li><a href="/web/20110208133704/http://hippocraticsolutions.com/about-hippocratic-
    solutions">About Us</a></li>
795 <li><a href="/web/20110208133704/http://hippocraticsolutions.com/site-map-hippocratic-
    solutions">Sitemap</a></li>
```

```
796  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/calendar">Calendar</a>
     </li>
797  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/faq">FAQ</a></li>
798  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/privacy-policy">Privacy
     Policy</a></li>
799  </ul>
800  </td>
801  <td width="302" valign="top" align="left" style="vertical-align: top;">
802  <h3 align="left" style="color: rgb(0, 153, 255); font-family: Arial,Helvetica,sans-serif;"
     class="footer-heading">Services</h3>
803  <ul class="footerlink">
804  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/consulting-
     services">Consulting Services</a></li>
805  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/hippocratic-solutions-
     practice-management-services">Practice Management Services</a></li>
806  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/practice-fusion">Practice
     Fusion</a></li>
807  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/certified-
     consultants">Certified Consultants</a></li>
808  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/debt-collection-
     services">Debt Collection Services</a></li>
809  </ul>
810  </td>
811  <td width="203" valign="top" style="vertical-align: top;">
812  <h3 align="left" style="color: rgb(0, 153, 255); font-family: Arial,Helvetica,sans-
     serif;">Billing</h3>
813  <ul class="footerlink">
814  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/medical-billing-
     services">Medical Billing</a></li>
815  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/podiatry-billing">Podiatry
     Billing</a></li>
816  <li><a href="/web/20110208133704/http://hippocraticsolutions.com/urology-billing"> Urology
     Billing</a></li>
817  <li><a target="_self" href="/web/20110208133704/http://hippocraticsolutions.com/Medical-
     Claims-Billing">Medical Claims Billing</a></li>
818  <li><a title="http://hippocraticsolutions.com/Anesthesiology Billing Services"
     href="/web/20110208133704/http://hippocraticsolutions.com/Anesthesiology-Billing-
     Services">Anesthesiology Billing</a></li>
819  </ul>
820  </td>
821  <td width="203" valign="top">
822  <ul class="footerlink">
823  <li><a href="/web/20110208133704/http://www.hippocraticsolutions.com/cardiology-
     billing">Cardiology Billing</a></li>
824  <li><a href="/web/20110208133704/http://www.hippocraticsolutions.com/Dermatology-Billing-
     Services">Dermatology Billing</a></li>
825  <li><a href="/web/20110208133704/http://www.hippocraticsolutions.com/Neurology-Billing-
     Services">Neurology Billing</a></li>
826  <li><a href="/web/20110208133704/http://www.hippocraticsolutions.com/OB/GYN-Billing-
     Services">OB/GYN Billing</a></li>
827  <li><a href="/web/20110208133704/http://www.hippocraticsolutions.com/Radiology-Billing-
     Services">Radiology Billing</a></li>
828  </ul>
829  </td>
830  <td width="400" valign="middle" align="center">
831  <p style="color: rgb(0, 102, 153);"> </p>
832  <div id="footerimg"> </div>
833  <p> </p>
834  <div id="footertxt">
835  <p style="color: rgb(0, 102, 153);">Welcome to HippocraticSolutions.com! We hope that you
     choose us for your  Podiatry Billing, Cardiology Billing, Urology Billing, Dermatology
```

```
     Billing, Debt Collection, Practice Fusion Services &amp; Many Other Specialized Medical
     Billing Pratices.</p>
836  </div>
837  </td>
838  </tr>
839  </tbody>
840  </table>
841  </div>
842  </div>
843  </div>
844        </div>
845           <div align="center"id="st-copyright-link" style="display:block;">Copyright (c)
     Hippocratic Solutions. All Rights Reserved.</div>
846        </div>
847        <!-- End main menu -->
848
849      </div>
850      <!-- End Footer -->
851    </div>
852   </div>
853  <!--VISISTAT SNIPPET//-->
854  <script type="text/javascript">
855  //<![CDATA[
856  var DID=67152;
857  var pcheck=(window.location.protocol == "https:") ?
     "/web/20110208133704/https://sniff.visistat.com/live.js":"/web/20110208133704/http://stats.
     visistat.com/live.js";
858  document.writeln('<scr'+'ipt src="'+pcheck+'" type="text\/javascript"><\/scr'+'ipt>');
859  //]]>
860  </script>
861  <!--VISISTAT SNIPPET//-->
862    <script type="text/javascript">
863  <!--//--><![CDATA[//><!--
864
865       Shadowbox.path = "/sites/all/libraries/shadowbox/";
866       Shadowbox.init(Drupal.settings.shadowbox);
867
868  //--><!]]>
869  </script>
870
871    </body>
872  </html>
873
874
875
876
877
878
879  <!--
880       FILE ARCHIVED ON 13:37:04 Feb 8, 2011 AND RETRIEVED FROM THE
881       INTERNET ARCHIVE ON 23:23:59 Jan 30, 2015.
882       JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.
883
884       ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
885       SECTION 108(a)(3)).
886  -->
887
```

EXHIBIT C

```
/*
      FILE ARCHIVED ON 23:46:53 Feb 8, 2011 AND RETRIEVED FROM THE
      INTERNET ARCHIVE ON 23:20:42 Jan 30, 2015.
      JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

      ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
      SECTION 108(a)(3)).
*/
function parseGetVars(url) {
        var map = {};
        var parts = url.replace(/[?&]+([^=&]+)=([^&]*)/gi, function(m,key,value) {
        map[key] = value;
        });
        return map;
}
var getVars = parseGetVars(document.getElementById('my_vsp').src);

var my_swf = getVars['swf'];
var vsp_flv = getVars['flv'];
var vsp_flv2 = getVars['flv2'];

var x_off = getVars['x_off'];


        var ma_a = getVars['width'] / 480;
        var ma_b = 200 * ma_a;
        var w = Math.round(ma_b);

        var ma_c = w / 200;
        var ma_d = 150 * ma_c;
        var h = Math.round(ma_d);
//var w = 200;
//var h = 150;

/* Playback Parameters */
if(getVars['start'] == 'mini')
{
        var shrink_on_start = 'yes';
}
else
{
        var shrink_on_start = 'no';
}

if(getVars['close'] == 'shrink')
{
        var shrink_on_end = 'yes';
        var shrink_on_stop = 'yes';
        var close_on_end = 'no';
        var close_on_stop = 'no';
}
else
{
        var shrink_on_end = 'no';
        var shrink_on_stop = 'no';
```

1/30/2015          web.archive.org/web/20110208234653js_/http://www.hippocraticsolutions.com/new_player.js?swf=http://www.hippocraticsolutions.com/new_main.swf&f...

```
            var close_on_end = 'yes';
            var close_on_stop = 'yes';
}

if(getVars['show_loading'] == '')
{
            var show_loading = 'yes';
}
else
{
            var show_loading = getVars['show_loading'];
}


if(getVars['vlm'] == '')
{
            var vlm = 80;
}
else
{
            var vlm = getVars['vlm'];
}

var vlm = getVars['vlm'];

/*
            Switch Mode:
            1: Sequential
            2: Random
*/
var switchMode = 2;

/* Date Range:
            If set to false, the optional date range parameter is ignored
            If set to true .. the swf is only displayed if it falls on that reange.
*/
var useDateRange = false;

/*
            Properties are specified as follows:
            'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
lf_OffSet_Left_Position,right_align,play_when,start_date,end_date,small_width, small_height'
            play_when: 1=any, 2=first visit only, 3=subsequent visits
            date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}. if blank, just
use {}
*/
var arr_GLOBAL_SOURCE = new Array
(
            my_swf+','+getVars['width']+','+getVars['height']+',3,3,0,0,'+getVars['align_right']+'
,'+getVars['play_when']+',{},{},'+w+','+h

);
/* End Properties */




/*
YHeads-Player playerbase .JS file.
Version 1.5.0.0
Last Modified: 11/29/2009
```

1/30/2015          web.archive.org/web/20110208234653js_/http://www.hippocraticsolutions.com/new_player.js?swf=http://www.hippocraticsolutions.com/new_main.swf&f...

```
 */


/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}

function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}

var cookieName = "swfID";
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


/* START --- Date Check functions */
function validRange(s, e) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true)
        }
        if ( e ) {
                var v_e = validDate(e,false);
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

        if (!dt)
                return false;

        var today = new Date();
```

```
        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;

        var arr_dt = dt.split(' ');
        if ( arr_dt[0].split('/')[2]) {
                y = arr_dt[0].split('/')[2];
                m = arr_dt[0].split('/')[0] - 1;
                d = arr_dt[0].split('/')[1];
                if (arr_dt[1]) {
                        hh = arr_dt[1].split(':')[0];
                        mm = arr_dt[1].split(':')[1];
                }
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }
        else if (arr_dt[0].split(':')[1]) { // only time is specified
                y = today.getFullYear();
                m = today.getMonth();
                d = today.getDate();
                hh = arr_dt[0].split(':')[0];
                mm = arr_dt[0].split(':')[1];
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }

        var days = 0;
        var difference = 0;


        var v_dt = new Date(y, m, d, hh, mm ,0);
        //alert(v_dt.toString());
        difference = v_dt - today;

        days = Math.round(difference/(1000*60*60*24));

        //alert(dt + ' - ' + difference);
        //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
        //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);

        if (difference < 0 && s) {
                return true;
        }
        else if(difference > 0 && !s) {
                return true;

        }
        return false;
}

/* END ------ Date Check functions */

var arr_GLOBAL = new Array();

if (useDateRange) {
        for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                if ( validRange(arr_prop[9], arr_prop[10]) ) {
                        arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
```

```
                }
        }

        // if no dates are valid... just pick up the swfs with no date
        if (arr_GLOBAL.length == 0) {
                for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                        if ( !arr_prop[9] && !arr_prop[10] ) {
                                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                        }
                }
        }
}

// at this point, arr_GLOBAL should have valid swfs by date
// narrow down the source to just the filtered videos
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL_SOURCE = arr_GLOBAL;
        arr_GLOBAL = new Array();
}

// now filter by visit
for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
        var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
        if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
        else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
}

// if no movies quality, then ignore previous filter
/*
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL = arr_GLOBAL_SOURCE;
}
*/

if ( cookieVal.length > 0 ) {

        if (switchMode == 1) {
                swfIndex = Math.round(cookieVal) + 1;
                if (swfIndex >= arr_GLOBAL.length) {
                        swfIndex = 0;
                }
        }
        else {
                swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
        }
}

//alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: ' +
arr_GLOBAL + '\nswfIndex: ' + swfIndex);

setCookie(cookieName, swfIndex, 7);

if(cookieVal.length > 0 && getVars['play_when'] == 2) { }
else {
        var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');
```

```
            var lf_URL = arr_SwfInfo[0];
            var GLOBAL_WIDTH = arr_SwfInfo[1];
            var GLOBAL_HEIGHT = arr_SwfInfo[2];
            var lf_Position = arr_SwfInfo[3];
            var lf_Position_Dynamic = arr_SwfInfo[4];
            var lf_OffSet_Top_Position = arr_SwfInfo[5];
            var lf_OffSet_Left_Position = arr_SwfInfo[6];
            var rt_Align = arr_SwfInfo[7];
            var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
            var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
            var lf_ID = '01010';
            var lfVersion = -1;
            var arrNavInfo = [];
            var lfString;
            var viewState = 1;



if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}

var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
    arrNavInfo[0] = 'kde';
    arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
    arrNavInfo[0] = 'opr';
    arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
    arrNavInfo[0] = 'wtv';
    arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
    arrNavInfo[0] = 'gek';
    arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
    arrNavInfo[0] = 'ie';
    arrNavInfo[1] = 'Internet Explorer 5+';
} else {
    arrNavInfo[0] = 'na';
    arrNavInfo[1] = 'an unknown browser';
}
```

```
if (navigator.plugins != null && navigator.plugins.length > 0)
{
    if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave Flash']) {
        var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
        var lfDescription = navigator.plugins['Shockwave Flash' + swVer2].description;
        var descArray = [];
        var tempArrayMajor = [];
        var versionMajor = [];
        var tempArrayMinor = [];
        var versionMinor;
        descArray = lfDescription.split(' ');
        tempArrayMajor = descArray[2].split('.');
        versionMajor = tempArrayMajor[0];
        if (descArray[3] != '') {
            tempArrayMinor = descArray[3].split('r');
        } else {
            tempArrayMinor = descArray[4].split('r');
        }
        versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
        lfVersion = parseFloat(versionMajor + '.' + versionMinor);
    }
} else {
    for (var i = 8; i < 20; i++)
    {
        try {
            var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
            if (objFlash) {
                lfVersion = i;
            }
        } catch(e) {}
    }
}


function initVideo() {
    showLFOW_Video();
}


    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            if (window.addEventListener) window.addEventListener('load', initVideo, false);
            else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
            var lfDiv = document.createElement('div');
            if (lfDiv === undefined) {
                lf_Position = 'err';
            } else if (lfDiv == null) {
                lf_Position = 'err';
            } else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat") { //this line added by corey 02/23/2010
                            lfDiv.id = divID;
```

```
                        lfDiv.style.position = 'absolute';
                        lfDiv.style.zIndex = 9999;
                        lfDiv.style.left = 0;
                        lfDiv.style.top = 0;
                        lfDiv.style.height = GLOBAL_HEIGHT;
                        lfDiv.style.width = GLOBAL_WIDTH;
                        lfDiv.style.visibility = 'visible';
                                    //lfDiv.style.overflow = 'hidden';
                        //lfDiv.style.overflow = 'hidden';
                                    }/////////This area added by corey 02/23/2010
                                    else { ////////////////////////////////
                                    lfDiv.id = divID; ////////////////////////
                                    lfDiv.style.position = 'fixed'; //////
                                    lfDiv.style.zIndex = 9999; //////////////
                                    lfDiv.style.left = 0; ///////////////
                                    lfDiv.style.bottom = 0; ///////////////
                                    lfDiv.style.height = GLOBAL_HEIGHT; //
                                    lfDiv.style.width = GLOBAL_WIDTH; ////
                                    lfDiv.style.visibility = 'visible'; //
                                    //lfDiv.style.overflow = 'hidden';
                                    //lfDiv.style.overflow = 'hidden'; /////
                                    }////////////////////////////////
            } catch(e) {
                lf_Position = 'err';
            }
        }
        makeScript()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !== 'na')) {
            lfDiv.innerHTML = lfString;
            document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
            if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
                    {
                        document.write( '<div id="' + divID +'" style="overflow:hidden;
position: absolute;z-index: 999;left: 0px;top: 0px;height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                    }
                    else
                    {
                        document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px left:0px; z-index: 999; top:0px; height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                    }

        }
        else {
                if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                    {
                        document.write( '<div id="' + divID +'" style="overflow:hidden;
position: relative;z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
lf_OffSet_Top_Position + 'px;height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
lfString +'</div>' );
                    }
                    else
                    {
                        document.write( '<div id="' + divID +'" style="overflow:hidden;
bottom:0px z-index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
        lf_OffSet_Top_Position + 'px; height: '+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+
        lfString +'</div>' );
                }
        }

        switch (arrNavInfo[0]) {
            case 'ie':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                            window.onresize = moveVid;
                            //window.onscroll = ScrollHnd;
                //window.onresize = ScrollHnd;
                //window.setInterval('ScrollHnd()', 30);
            break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                            window.onresize = moveVid;
            break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'kde':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
            break;
            case 'wtv':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                }
            break;
        }
        ScrollHnd();

}
function ScrollHnd()
{
    var divScroll;
    var wnd;
    var screenWd = 0;
    var screenHt = 0;
    var screenX = 0;
    var screenY = 0;
    var objDoc;
    var divLeft = 0;
    var divTop = 0;

    objDoc = document;
    wnd = window;

    if (objDoc.getElementById) {
```

```
            divScroll = objDoc.getElementById(divID);
            if (divScroll.style) {
                    divScroll = divScroll.style;
            }
    }
    if (window.innerHeight)
    {
        screenHt = wnd.innerHeight;
        screenWd = wnd.innerWidth;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
    {
        screenWd = objDoc.documentElement.clientWidth;
        screenHt = objDoc.documentElement.clientHeight;


    }
    else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
    {
        screenWd = objDoc.body.clientWidth;
        screenHt = objDoc.body.clientHeight;
    }
    if (window.innerHeight)
    {
        screenY = wnd.pageYOffset;
        screenX = wnd.pageXOffset;
    }
    else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
    {
        screenY = objDoc.body.scrollTop;
        screenX = objDoc.body.scrollLeft;
    }
    else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
    {
        screenY = objDoc.documentElement.scrollTop;
        screenX = objDoc.documentElement.scrollLeft;
    }
    divLeft = divLeft;
                if (rt_Align == 'true') /*** added 9/22/09 ***/
                        divLeft += screenX;
    divTop = divTop + screenY;
    divLeft = divLeft;
                if (rt_Align == 'true'){  /*** added 9/22/09 : Modified 11/30/09 ***/
                        if (viewState == 1) {
                                divLeft += (screenWd - GLOBAL_WIDTH);
                        }
                        else {
                                divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                        }
                }
                if (viewState == 1) {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT);
                }
                else {
        divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT - sm_GLOBAL_HEIGHT);
                }
    divScroll.left = divLeft + 'px';
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode ==
"BackCompat")
```

```
            divScroll.top = divTop + 'px';
        }
}
function makeScript()
{
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj" + lf_ID + "' align='middle'
codebase='/web/20110208234653/https://download.macromedia.com/pub/shockwave/cabs/flash/swflash
.cab#version=8,0,24,0' >";
        lfString += "<param name='movie' value='" + lf_URL + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='flashvars'
value='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&shrink_on_start="
+ shrink_on_start + "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" +
show_loading + "' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL +"' allowScriptAccess='always' quality='high'
wmode='transparent'
flashvars='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&w=" +
sm_GLOBAL_WIDTH + "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start +
"&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop + "&shrink_on_end=" +
shrink_on_end + "&close_on_end=" + close_on_end + "&show_loading=" + show_loading +
"&awidth='" + GLOBAL_WIDTH + "&aheight='" + GLOBAL_HEIGHT + "' loop='false' width='" +
GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle'
type='application/x-shockwave-flash'
pluginspage='/web/20110208234653/https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}


function yh_hide() {
        ScrollHnd();
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.display = 'none';
                }
                else { // IE 4
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}

function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
```

```
                        document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}

function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT + 'px';
                //document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = sm_GLOBAL_WIDTH + 'px';
                        document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}



function moveVid() {
        document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position - GLOBAL_WIDTH;
        document.getElementById(divID).offsetTop = lf_OffSet_Top_Position - GLOBAL_HEIGHT;
}

}
```